**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brian Jay Baum            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-11721 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust Company, National Association not in its individual capacity but solely as Indenture Trustee of CIM Trust 2022-R2 and index same on the master mailing list.

Respectfully submitted,

/s/ 

Denise Carlon
20 Aug 2024, 19:54:57, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322